UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY W. SPRADLEY,**<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br><br>**HEIDI LACKNER, Dir.,**<br>**C.D.C.,**<br>　　　　Respondent. | NO. CV 08-3297-JSL(CT)<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S<br>REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections.  The Court agrees with the recommendation of the magistrate judge.

　　　IT IS ORDERED:

　　　1.　The report and recommendation is accepted.

　　　2.　Judgment shall be entered consistent with this order.

　　　3.　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: __November 18, 2008

　　　　　　　　　　　　　　　　　　　　*Spencer Letts*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE