UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JEFFREY W. SPRADLEY,** | ) | NO. CV 08-3297-JSL(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **HEIDI LACKNER, Dir., C.D.C.,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: _November 18, 2008_

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE